FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB 02 AM 9: 31

CLERK ___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

DANIEL A. SPOTTSVILLE,       )
                             )
        Plaintiff,           )
                             )
v.                           )     CV 605-148
                             )
WILLIAM TERRY et al.,        )
                             )
        Defendants.          )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** for abuse of the judicial process and this civil action is **CLOSED**.[1]

SO ORDERED this 2 day of February, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Report and Recommendation incorrectly listed Jim Wetherington as a defendant in this case. Because the error was clerical in nature and did not affect the Magistrate Judge's analysis or conclusions, plaintiff's "motion for inquiry and to correct error," Doc. 5, is **DENIED** as moot.